JS-6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  ANN L. MALEY CSBN 187176
5  Special Assistant United States Attorney
6        Social Security Administration
7        160 Spear Street, Suite 800
         San Francisco, CA  94105
8        Telephone: (415) 977-8974
9        Facsimile: (415) 744-0134
         Email: ann.maley@ssa.gov
10

11 Attorneys for Defendant

12

13                UNITED STATES DISTRICT COURT

14
                  CENTRAL DISTRICT OF CALIFORNIA
15
                         WESTERN DIVISION
16

17

18 | ALLEN PATRICK BENJAMIN, ) No. SA CV 13-1260-SP
19 |                         )
   |    Plaintiff,            )
20 |                         ) **JUDGMENT OF REMAND**
21 |       v.                )
   |                         )
22 | CAROLYN W. COLVIN, Acting )
23 | Commissioner of Social Security, )
   |                         )
24 |    Defendant.            )
25 |                         )

26

27     The Court having approved the parties' Stipulation to Voluntary Remand

28 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

-1-

1  ("Stipulation to Remand") lodged concurrent with the lodging of the within
2  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
3  **DECREED** that the above-captioned action is remanded to the Commissioner of
4  Social Security for further proceedings consistent with the Stipulation to Remand.

7  DATED: June 6, 2014          _____/s/_____
                                SHERI PYM
                                UNITED STATES MAGISTRATE JUDGE

9  .